

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-09-00008-CR

_____

DARNELL HARTSFIELD, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the Fourth Judicial District Court
Rusk County, Texas
Trial Court No. CR05-335

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

A jury convicted Darnell Hartsfield of five counts of capital murder; he was sentenced to punishment at life imprisonment. Hartsfield appeals from his conviction and has filed a single brief, in which he raises issues common to all of his appeals.[1] He argues that the trial court committed reversible error in that 1) the evidence supporting his conviction was legally and factually insufficient and 2) admitting evidence of an extraneous offense.

We addressed these issues in detail in our opinion of this date in Hartsfield's appeal in cause number 06-09-00006-CR. For the reasons stated therein, we likewise conclude that error has not been shown in this case.

We affirm the trial court's judgment.


Bailey C. Moseley
Justice


Date Submitted:     October 21, 2009
Date Decided:       February 4, 2010

Do Not Publish

---

[1] Defendant appeals from five convictions, for capital murder, cause numbers 06-09-00006-CR through 06-09-00010-CR.